AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-3402 |
| Sung Kook (Bill) Hwang, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date:  04/27/2022

/s/ Jack Kaufman
*Attorney's signature*

Jack Kaufman
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
*Address*

KaufmanJa@sec.gov
*E-mail address*

212-336-0106
*Telephone number*

*FAX number*