AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> *Plaintiff* ) <br> v. ) <br> Sung Kook (Bill) Hwang and Patrick Halligan, et al ) <br> *Defendant* ) | Case No.   1:22-cv-03402-JPO |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang                                                                                                                    .

Date:    04/29/2022                                             s/Lawrence S. Lustberg
                                                                                    *Attorney's signature*

                                                                                    Lawrence S. Lustberg
                                                                                    *Printed name and bar number*
                                                                                    Gibbons P.C.
                                                                                    One Gateway Center
                                                                                    Newark, NJ 07102-5310

                                                                                    *Address*

                                                                                    LLustberg@gibbonslaw.com
                                                                                    *E-mail address*

                                                                                    (201) 407-4765
                                                                                    *Telephone number*

                                                                                    (973) 596-0545
                                                                                    *FAX number*