AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-03402-JPO |
| Sung Kook (Bill) Hwang and Patrick Halligan, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang.

Date: 04/29/2022

s/Paul A. Saso
*Attorney's signature*

Paul A. Saso
*Printed name and bar number*
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701

*Address*

PSaso@gibbonslaw.com
*E-mail address*

(212) 613-2000
*Telephone number*

(212) 290-2018
*FAX number*