UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                                                   :
SECURITIES AND EXCHANGE                                            :
COMMISSION,                                                        :
                                                                   :
                              Plaintiff,                           :   Index No. 1:22-cv-3402-JPO
                                                                   :
                    vs.                                            :
                                                                   :   NOTICE OF APPEARANCE
SUNG KOOK (BILL) HWANG, PATRICK                                    :
HALLIGAN, WILLIAM TOMITA, SCOTT                                    :
BECKER, and ARCHEGOS CAPITAL                                       :
MANAGEMENT, LP,                                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------x
```

PLEASE TAKE NOTICE that Mary E. Mulligan of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
         May 2, 2022

                                        FRIEDMAN KAPLAN SEILER &
                                         ADELMAN LLP

                                        s/      Mary E. Mulligan
                                        Mary E. Mulligan (mmulligan@fklaw.com)
                                        7 Times Square
                                        New York, New York  10036-6516
                                        (212) 833-1100

                                        *Attorneys for Defendant Patrick Halligan*