UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
SECURITIES AND EXCHANGE : 
COMMISSION, :
:
                          Plaintiff, :    Index No. 1:22-cv-3402-JPO
:
              vs. :
:    **NOTICE OF APPEARANCE**
SUNG KOOK (BILL) HWANG, PATRICK :
HALLIGAN, WILLIAM TOMITA, SCOTT :
BECKER, and ARCHEGOS CAPITAL :
MANAGEMENT, LP, :
:
                       Defendants. :
:
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that Timothy M. Haggerty of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:  New York, New York
           May 2, 2022

                                  FRIEDMAN KAPLAN SEILER &
                                    ADELMAN LLP

                                  s/     Timothy M. Haggerty
                                  Timothy M. Haggerty (thaggerty@fklaw.com)
                                  7 Times Square
                                  New York, New York 10036-6516
                                  (212) 833-1100

                                  *Attorneys for Defendant Patrick Halligan*

3659535.1