UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                                  Plaintiff, :       Index No. 1:22-cv-3402-JPO
:
                                    vs. :
: **NOTICE OF APPEARANCE**
SUNG KOOK (BILL) HWANG, PATRICK :
HALLIGAN, WILLIAM TOMITA, SCOTT :
BECKER, and ARCHEGOS CAPITAL :
MANAGEMENT, LP, :
:
                                Defendants. :
:
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that Anil K. Vassanji of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
           May 2, 2022

                                            FRIEDMAN KAPLAN SEILER &
                                              ADELMAN LLP

                                              s/     Anil K. Vassanji
                                              Anil K. Vassanji (avassanji@fklaw.com)
                                              7 Times Square
                                              New York, New York 10036-6516
                                              (212) 833-1100

                                              *Attorneys for Defendant Patrick Halligan*

3659538.1