UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
SECURITIES AND EXCHANGE : 
COMMISSION, :
:
                              Plaintiff, :      Index No. 1:22-cv-3402-JPO
:
                              vs. :
:      **NOTICE OF APPEARANCE**
SUNG KOOK (BILL) HWANG, PATRICK :
HALLIGAN, WILLIAM TOMITA, SCOTT :
BECKER, and ARCHEGOS CAPITAL :
MANAGEMENT, LP, :
:
                            Defendants. :
:
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that Dielai Yang of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant Patrick Halligan in the above-captioned action. All notices given or required to be given in the proceeding and all papers filed in the proceeding should be given to and served upon the undersigned.

Dated:   New York, New York
            May 2, 2022

                                     FRIEDMAN KAPLAN SEILER &
                                      ADELMAN LLP

                                   s/     Dielai Yang
                                   Dielai Yang (dyang@fklaw.com)
                                   7 Times Square
                                   New York, New York 10036-6516
                                   (212) 833-1100

                                   *Attorneys for Defendant Patrick Halligan*

3659536.1