UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE           :
COMMISSION,                        :
                                             Plaintiff,   :   **1:22-cv-03402-JPO**
                                   -against-           :

SUNG KOOK (BILL) HWANG, PATRICK    :
HALLIGAN, WILLIAM TOMITA, SCOTT    :
BECKER, and ARCHEGOS CAPITAL       :
MANAGEMENT, LP,                    :
                                             Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William F. Johnson, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 3, 2022
      New York, New York

                                                      */s/ William F. Johnson*
                                                      William F. Johnson
                                                      KING & SPALDING LLP
                                                      1185 Avenue of the Americas
                                                      New York, New York 10036
                                                      Tel: (212) 556-2100
                                                      Fax: (212) 556-2222
                                                      wjohnson@kslaw.com

                                                      *Attorney for Defendant*
                                                      *Archegos Capital Management, LP*