UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                                :
                Plaintiff,     :   **1:22-cv-03402-JPO**
                                                :
            -against-           :
                                                :
SUNG KOOK (BILL) HWANG, PATRICK   :
HALLIGAN, WILLIAM TOMITA, SCOTT   :
BECKER, and ARCHEGOS CAPITAL      :
MANAGEMENT, LP,                   :
                                                :
                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric A. Hirsch, with the law firm of King & Spalding LLP, admitted to the Bar of this Court, hereby enters his appearance in this action as counsel for Defendant Archegos Capital Management, LP.

Dated: May 3, 2022
       New York, New York

                                                */s/ Eric A. Hirsch*
                                                Eric A. Hirsch
                                                KING & SPALDING LLP
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Tel: (212) 556-2100
                                                Fax: (212) 556-2222
                                                ehirsch@kslaw.com

                                                *Attorney for Defendant*
                                                *Archegos Capital Management, LP*