AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-03402-JPO |
| Sung Kook (Bill) Hwang and Patrick Halligan, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang.

Date: 05/04/2022

s/Kevin R. Reich
*Attorney's signature*

Kevin R. Reich
*Printed name and bar number*
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

*Address*

KReich@gibbonslaw.com
*E-mail address*

(973) 596-4500
*Telephone number*

(973) 596-0545
*FAX number*