

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

**VIA ECF**                                                              May 4, 2022
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY  10007

   Re: <u>SEC v. Hwang, et al., No. 22 Civ. 3402 (JPO) (S.D.N.Y.)</u>

Dear Judge Oetken:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to seek approval of the enclosed partial consent judgment jointly proposed by the SEC and Defendant Scott Becker ("Becker"), one of five Defendants in this action. The Commission and Becker have reached a partial settlement that would resolve certain of the non-monetary relief that the SEC seeks in this case against Becker but leave open for later resolution by motion (or further settlement) the monetary relief sought and the imposition of an officer-and-director bar.

  The proposed consent judgment is fair and reasonable and does not disserve the public interest, under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Among other things, the judgment would permanently enjoin Becker from committing violations of the federal securities laws that the SEC charges him with in this case. As described above, the consent judgment would leave open for later resolution the issues of monetary relief and an officer-and-director bar. As the proposed consent judgment states, Becker entered a guilty plea in a related criminal proceeding, *United States v. Becker*, No. 22-cr-231 (S.D.N.Y.), and a control date for sentencing has been set for October 21, 2022. The SEC anticipates that the parties will attempt to negotiate a resolution of the unresolved relief the SEC seeks after Becker's sentencing.

  The SEC therefore respectfully requests that the Court approve the enclosed proposed consent judgment and docket it with Becker's enclosed signed consent.

                Respectfully submitted,
                /s/ *Jack Kaufman*
                Jack Kaufman
                Trial Counsel
                Division of Enforcement

cc: By ECF to all counsel of record.
   By email to Jason Brown, Esq. and Helen Cantwell, Esq.