

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 13, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY  10007

      Re:    <u>SEC v. Hwang, et al., No. 22 Civ. 3402 (JPO) (S.D.N.Y.)</u>

Dear Judge Oetken:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully writes concerning its inadvertent error in the consent Judgment it submitted as to Defendant Scott Becker ("Judgment"), which the Court entered in this case on May 11, 2022 (DE 23). The SEC mistakenly included in the proposed Judgment an injunction against future violations of Section 9(a)(2) of the Securities Exchange Act of 1934. The SEC did not seek a Section 9(a)(2) injunction against Defendant Becker, and he did not consent to that injunction. Accordingly, enclosed for the Court's signature and entry is a corrected Judgment. We apologize for this error.

                                  Respectfully submitted,

                                    /s/ *Jack Kaufman*
                                  Jack Kaufman
                                  Trial Counsel
                                  SEC Division of Enforcement

Encl.

cc:      By ECF to all counsel of record
         By email to Jason Brown, Esq., and Helen Cantwell, Esq.