UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>SUNG KOOK (BILL) HWANG; PATRICK HALLIGAN; WILLIAM TOMITA; SCOTT BECKER;  and ARCHEGOS CAPITAL MANAGEMENT, LP,<br><br>         Defendants. | No. 1:22-cv-3402 (JPO) |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Defendant Archegos Capital Management, LP in Support of its Motion to Dismiss, the Declaration of Eric A. Hirsch dated June 28, 2022, and the exhibits thereto, Defendant Archegos Capital Management, LP, by and through its attorneys, will move this Court before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on such date as the Court will determine, for an order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil

Procedure, dismissing with prejudice the Complaint in the above-captioned action, and granting such other and further relief as the Court deems just and proper.

Dated: June 28, 2022
      New York, New York

*/s/ Carmen J. Lawrence*
Carmen J. Lawrence
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
clawrence@kslaw.com

*Attorneys for Defendant*
*Archegos Capital Management, LP*