UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>vs.<br><br>SUNG KOOK (BILL) HWANG; PATRICK HALLIGAN; WILLIAM TOMITA; SCOTT BECKER; and ARCHEGOS CAPITAL MANAGEMENT, LP,<br><br>                      Defendants. | **No. 1:22-cv-3402 (JPO)**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Archegos Capital Management, LP ("ACM") (a private non-governmental party), by and through its undersigned counsel, certifies the following:

ACM has no parent corporation that owns ten percent or more of its stock, and no publicly held company owns ten percent or more of ACM's stock.

Dated: June 28, 2022

*/s/ Carmen J. Lawrence*
Carmen J. Lawrence
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
clawrence@kslaw.com

*Attorneys for Defendant*
*Archegos Capital Management, LP*