# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNG KOOK (BILL) HWANG, PATRICK HALLIGAN, WILLIAM TOMITA, SCOTT BECKER, AND ARCHEGOS CAPITAL MANAGEMENT, LP,<br><br>        Defendants. | Civil Action No. 22-03402 (JPO)<br><br>**NOTICE OF DEFENDANT SUNG KOOK (BILL) HWANG'S MOTION TO DISMISS THE COMPLAINT** |

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of this Motion, Defendant Sung Kook (Bill) Hwang hereby moves this Court before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, and on a date to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all claims against him in the Complaint (ECF No. 1), together with such other and further relief as the Court may deem proper and just.

      **PLEASE TAKE FURTHER NOTICE** that oral argument is request.

| | |
|---|---|
| Dated:  June 28, 2022 | Respectfully submitted,<br><br>s/ Lawrence S. Lustberg<br>Lawrence S. Lustberg<br>Thomas R. Valen<br>Jeffrey L. Nagel<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br>llustberg@gibbonslaw.com |