

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 15, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, NY  10007

    Re:    <u>SEC v. Hwang, et al., No. 22 Civ. 3402 (JPO) (S.D.N.Y.)</u>

Dear Judge Oetken:

    Pursuant to the Court's July 6, 2022 Order (DE 43) and Federal Rule of Civil Procedure 15(a), Plaintiff Securities and Exchange Commission ("SEC") hereby notifies the Court and Defendants Sung Kook (Bill) Hwang, Patrick Halligan, and Archegos Capital Management, LP (collectively, "Defendants") of its intention to file an Amended Complaint in this case on or before August 5, 2022. The Amended Complaint will be in lieu of SEC oppositions to Defendants' pending motions to dismiss, filed June 28, 2022 (DE 33-41). On July 14 and 15, 2022, the SEC conferred with counsel for Defendants, who consented in writing to the SEC's filing an Amended Complaint on or before August 5, 2022, provided that the SEC consents to Defendants having up to 60 days to respond to the Amended Complaint. The SEC likewise consents to Defendants' request.

                                  Respectfully submitted,

                                  <u>/s/ *Jack Kaufman*</u>
                                  Jack Kaufman
                                  Trial Counsel
                                  SEC Division of Enforcement

cc:    By ECF to all counsel of record.
        By email to Jason Brown, Esq. and Helen Cantwell, Esq.