UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>SUNG KOOK (BILL) HWANG, et al.,<br><br>                    Defendants. | 22 Civ. 3402-JPO |

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff Securities and Exchange Commission ("SEC") hereby certifies that, on August 26, 2022, the SEC served its Amended Complaint (DE 47) on Defendants William Tomita and Scott Becker by emailing the Amended Complaint to their counsel of record:

| | |
|---|---|
| Helen V. Cantwell, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York  10022<br>hcantwell@debevoise.com<br>*Counsel for Defendant William Tomita* | Jason Brown, Esq.<br>Cohen and Gresser, LP<br>800 Third Ave.<br>New York, NY 10022<br>JBrown@CohenGresser.com<br>*Counsel for Defendant Scott Becker* |

Dated: New York, New York
August 26, 2022

Respectfully submitted,

/s/ *Jack Kaufman*
Jack Kaufman
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-0106 (Kaufman)
Email: KaufmanJa@sec.gov