UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff,

    v.

SUNG KOOK (BILL) HWANG; PATRICK HALLIGAN; WILLIAM TOMITA; SCOTT BECKER; and ARCHEGOS CAPITAL MANAGEMENT, LP,

                            Defendants.

No. 1:22-cv-3402 (JPO)

---

**DECLARATION OF ERIC A. HIRSCH IN SUPPORT OF DEFENDANT ARCHEGOS CAPITAL MANAGEMENT, LP'S PARTIAL OPPOSITION TO THE GOVERNMENT'S <u>MOTION TO INTERVENE AND FOR A STAY OF DISCOVERY</u>**

ERIC A. HIRSCH hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a Counsel with the law firm of King & Spalding LLP, attorneys for Defendant Archegos Capital Management, LP ("ACM") in the above-captioned action, and a member in good standing of the bar of this Court. I respectfully submit this Declaration in support of ACM's partial opposition to the Government's Application to Intervene and for a Stay of Discovery.

2. Attached as Exhibit 1 is a copy of a transcript of April 27, 2022 press conference held at the United States Attorney's Office for the Southern District of New York announcing the unsealing of charges against Bill Hwang and Patrick Halligan.

3. Attached as Exhibit 2 is a copy of the Commodity Futures Trading Commission's April 27, 2022 Press Release (Release Number 8520-22) titled "CFTC Charges

Archegos Capital Management and Three Employees with Scheme to Defraud Resulting in Swap Counterparty Losses Over $10 Billion."

4. Attached as Exhibit 3 are the unpublished decisions, orders, and other filings cited in the Government's Memorandum of Law in Support of its Application to Intervene and For a Stay of Discovery.

5. Attached as Exhibit 4 are the cases that are cited in the Government's Memorandum of Law in Support of its Application to Intervene and For a Stay of Discovery as unpublished, but are available on Westlaw.

6. In connection with their investigations of the Archegos family office, ACM produced over 4,600,000 pages of documents to each of the SEC, CFTC, and the United States Attorney's Office for the Southern District of New York.

Dated: November 15, 2022
New York, New York

*/s/ Eric A. Hirsch*
Eric A. Hirsch