AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-3402 |
| Sung Kook (Bill) Hwang, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission.

Date: 12/13/2022

/s/ Jessica T. Quinn
*Attorney's signature*

Jessica T. Quinn.
*Printed name and bar number*
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004-2616

*Address*

quinnj@sec.gov
*E-mail address*

212-336-0929
*Telephone number*

*FAX number*