UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: No. 22-CV-3402 (JPO)
- against - :
:
SUNG KOOK (BILL) HWANG, PATRICK :
HALLIGAN, WILLIAM TOMITA, SCOTT BECKER, :
and ARCHEGOS CAPITAL MANAGEMENT, LP, :
:
Defendants. :
:
-------------------------------------------------------------------x

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as of January 3, 2023, the law firm of Friedman Kaplan Seiler & Adelman LLP has changed its name to:

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

The firm's address and telephone number remain the same. The telephone numbers and email addresses for the attorneys in this matter also remain the same.

Dated:   New York, New York
         February 1, 2023

Respectfully Submitted,

FRIEDMAN KAPLAN SEILER
  ADELMAN & ROBBINS LLP


s/ Timothy M. Haggerty
Mary E. Mulligan (mmulligan@fklaw.com)
Timothy M. Haggerty (thaggerty@fklaw.com)
Bonnie M. Baker (bbaker@fklaw.com)
Anil Vassanji (avassanji@fklaw.com)
Rupita Chakraborty (rchakraborty@fklaw.com)
7 Times Square
New York, New York  10036-6516
(212) 833-1100

*Attorneys for Defendant Patrick Halligan*

3708346.1