UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
SECURITIES AND EXCHANGE COMMISSION,         :
                                                          :
                              Plaintiff,                   :
                                                          :        22-CV-3402 (JMF)
              -v-                                          :
                                                          :             ORDER
SUNG KOOK (BILL) HWANG, et al.,                  :
                                                          :
                              Defendants.               :
                                                          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's November 7, 2025 Order, ECF No. 114, the parties were required to file a joint letter, the contents of which are described therein, no later than 60 days following the restoration of federal appropriations. Appropriations were restored on November 12, 2025, but to date, the parties have not filed any joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 19, 2026**. Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: January 12, 2026
        New York, New York
                                                      _____
                                                              JESSE M. FURMAN
                                                          United States District Judge